IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VARSHA PATEL, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PJM-18-2300 |
| EXPERIAN, | * | |
| Defendant. | * | |
| | *** | |

## ORDER

On August 8, 2018, this Court issued an Order requiring Plaintiff Varsha Patel to resubmit his Motion for Leave to Proceed in Forma Pauperis as Plaintiff had left all spaces blank and provided total values of $0.00 for both monthly income and expenses. ECF No. 3. Plaintiff was provided 21 days in which to file the supplemental information and was forewarned that failure to file the information required may result in dismissal of the Complaint. *Id.* On August 31, 2018, Plaintiff filed an amended motion that did not bear Plaintiff's signature. ECF No. 4. Instead, the motion was marked as signed by "Rajan Patel." *Id.* at p. 1. The motion states that aside from a 2007 Toyota Corolla valued at $5,000.00, Plaintiff has $0.00 income and $0.00 expenses. ECF No. 4. When asked to provide any other information that will help explain why Plaintiff cannot pay the costs of these proceedings, Plaintiff states "No employment." *Id.* at p. 5. Plaintiff does not explain how daily living expenses such as housing, utilities, food, clothing, and transportation are paid. In sum, it still fails to provide the necessary information as to why Plaintiff is unable to pay the requisite fees associated with pursuing this action. Plaintiff's motion will therefore be denied, and the Complaint dismissed without prejudice.

Accordingly, it is this 6th day of September, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) IS DENIED;

2. The Complaint IS DISMISSED without prejudice;

3. The Clerk IS DIRECTED to MAIL a copy of this Order to Plaintiff; and

4. The Clerk IS FURTHER DIRECTED to CLOSE this case.

_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE